10, 1913. Aprobada la fianza. El peticionario compareció en nombre propio.

---

No. 486. EL PUEBLO *v.* RIVERA.—Apelación procedente de la Corte de Distrito de San Juan, Sección 2ª. Resuelto en febrero 12, 1913. Confirmada la sentencia apelada. Abogado del Pueblo: *Sr. Charles E. Foote, Fiscal.* El apelante no compareció.

---

No. 950. SOLÁ ET AL. *v.* RUCABADO ET AL.—Apelación procedente de la Corte de Distrito de Guayama. Moción de los apelantes desistiendo de la apelación. Resuelto en febrero 17, 1913. Desistida la apelación a instancia de·los apelantes. Abogado de los apelantes: *Sr. Rafael López Landrón.* Abogados de los apelados: *Sres. Múñoz y Brown.*

---

No. 368. EX PARTE SAMALEA.—Solicitud para que se apruebe la fianza notarial otorgada por la National Surety Company en enero 21, 1913. Resuelto en febrero 17, 1913. Aprobada la fianza. El peticionario compareció en nombre propio.

---

No. 534. EL PUEBLO *v.* LÓPEZ.—Apelación procedente de la Corte de Distrito de Guayama. Resuelto en febrero 17, 1913. Confirmada la sentencia apelada. Abogado del Pueblo: *Sr. Charles E. Foote, Fiscal.* El apelante no compareció.

---

